3:07-cr-30033-SEM-KLM   # 59   Filed: 09/11/25   Page 1 of 4

07-30033

E-FILED
Friday, 12 September, 2025 02:34:54 PM
Clerk, U.S. District Court, ILCD

SEP 11 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Sep 3, 2025

Dear Honorable Judge Myerscough,

I'm writing you this letter concerning my current situation. Pertaing to my revocation status and pending violation. For the record I do have an attorney, but truthfully speaking I would like to get the process moving along as soon as I can. I have been detained in state custody since June 2, 2023 which is 27 months at this point and I would like to get things taken care of on the federal revocation side. From my understanding the US Attorney is asking for 24 months consecutive. Judge Myerscough I have no objections to accepting the violation, I just ask that you use your discretion to run the federal PTR violation concurrent with my state sentence. On the state sentence we have been in agreement since March of this year for an agreed term of 10 yrs at 75 percent. I ask for leniency from the courts because my sentence in my state proceedings will be well over 24 months. Your Honor I know your aware of the statue U.S.S.G. §7B1.3(f) and the order itself. But in the Court of Appeals United States V. Lawrence Taylor, 628 F 3d 420 (7th Cir 2010) And the decision in the Supreme Court Sebser V. United States, 132 S. Ct 1463, 182 L. Ed 2d 455 (2012) I once again ask of you to use your discretion and please run it concurrent. But before I end this letter I must address the fact that on June 26, 2019 you did give me a tremendous break also a 2nd chance at life and will always be appreciative of that! Your Honor I can sit here today and honestly say that I did my best at trying to change my life and was continuing to do that by working my entire time on Supervised Release except for the few months prior to me getting myself in trouble. And I apolgize to you, the state system and all of the people I let down. I ran accross some hard times and made a terrible decision that is costing me more yrs of my life in prison. Your Honor I've been in the system since I've been 18 yrs old and now I'm 43 yrs old and now wont be a free man again until I'm 48 yrs old. which I accept is my doing. If you grant me the concurrent term I'm asking I will be able to go to state prison with the option to put in for Work-Release in the Adult Transition Program as long as I have no warrants or detainers.

That will give me a chance to be able to work and have the opportunity save money and be more prepared and stable when I am released. And I have completed the program once before. Your Honor Respectfully I would like to give some insight on my life while locked up and while I was free. I have 2 children "Girls" to be exact ages 18yrs old and 4yrs old. Now not to long ago maybe 2 weeks ago I heard from my 18yrs old mother and was just told that she didn't know I was home until she seen my face plastered all over TV and news outlets for what I'm currently behind bars for now. The reason I mention this is while I was locked up for my federal conviction in 2007 she wasn't even born and to make matters worse her mother lost custody of her and both of our parental rights were taken #case In re Z.O. 2017 IL APP (4th) 170162- And then when I did get that 2nd chance that you gave me I came home and tried to get in contact with her, But I was denied the right because she was legally adopted. And I was just trying to be able to see her and build some type of bond and spend time with here, But because of my decision making I've snatched that opportunity from myself once again. I was told that once she seen that I was locked up the first thing she said was she was never going to be able to meet me. Which hurt me very deeply but I also understand that it's by my own doing. I'm just asking for some leniency so I can come home and give my children what they and myself are yearning for and that's time. I will say this honestly with me not having my kids around it made me very irresponsible and selfish with my decisions and it's costing me so much that I just hope and pray that they will even want to deal with me when I do come home. While doing all of the time I've done in prison I've lost my whole support system as well over the yrs. Everyone that I mentioned in my PSI 19 yrs ago are all dead, So my kids are the only thing I can look foward to at this point of my life. I can honestly say for 25 yrs I've dedicated myself to all of the wrong things and I'm continuing to pay as I write you this letter today. But I can stand here today and say that it wasn't worth it not one Bit!

Your Honor I'm just asking for your consideration for a concurrent sentence so I can move along with my life when I'm done with this and if I can be done with federal supervision as well I will forever be Thankful.

And if possible I would like your soonest available court date Thak You

Respectfully,

Mario Olieq

Mario Oliva #75419
#1 Sheriff Plaza
Springfield, IL 62701

Honorable Judge
Sue E. Myerscough
600 E. Monroe
Springfield, IL 62701

SPRINGFIELD IL 625
5 SEP 2025 AM 2 L

USA FOREVER